

Law Enforcement Relations
4 Sylvan Way, Parsippany, N.J. 07054
Phone: (973) 292-8911 Fax: (973) 292-8697                                                                                                April 25, 2019

T-Mobile / MetroPCS Tracking ID: 2275705

I, Sidney Dorsey, am employed by T-Mobile, U.S.A., Inc and I am a Custodian of Records.

I further state that all of the records described below and attached hereto are duplicates of the original and are true
and complete copies of records maintained by T-Mobile, U.S.A., Inc.

Description of records:

| MSISDN/Identifier | Start Date | End Date | Requested Item |
|---|---|---|---|
| 9412423370 | 11/01/2018 | 04/15/2019 | Call Details No Cells |
| 9412423370 | 11/01/2018 | 04/15/2019 | Subscriber Info |

I further state that:
   A) Such records were made at or near the time of the occurrence of the matters set forth by (or from
      information transmitted by) a person with knowledge of those matters;
   B) Such records were kept in the course of regularly conducted business activity;
   C) The business activity made such records as a regular practice; and
   D) If such record is not the original, such record is a duplicate of the original.

I hereby certify that the foregoing statement made by me is true. I understand that if any of the statements made by
me herein are willfully false, I am subject to punishment.

Sincerely

*Sidney Day*

Law Enforcement Relations Group