UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case no. 19-60156-CR-MORENO

UNITED STATES OF AMERICA
           Plaintiff,

vs.

KERBY BROWN, JR.
           Defendant,
_____/

MOTION TO DISMISS INDICTMENT
( 18 U.S.C. 3162(a))

---

    Comes now, Kerby Brown, Jr., (pro-se), defendant, respectfully moves this court to dismiss the indictment in this matter, with prejudice, pursuant to rule 12(b) of the Federal Rules Of Criminal Procedure and Section 3162(a)(2) of title 18 of the United States Code (the "speedy trial act").

Grounds for Dismissal
---

    Defendant Kerby Brown, Jr., was arrested May 23rd, 2019 on a charge of Human Trafficking in violation of 18 U.S.C. 1591, Defendant has been in custody continuosly, as he was denied bail.
    On August 23rd, 2019 Defendant was arraigned on a superseding indictment of these charges. This was the last time Defendant appeared before a Judge. Accordingly, the 70-day time period of 18 U.S.C. 3161 (c)(1) for bringing this defendant to trial should begin.
    Initially trial was set for Nov. 2019, then rescheduled for Nov. 2019, then again for December 3rd, 2019. One hundred and two(102) days from defendants superseding indictment arraignment, or the day the 70-day time period began.
    On December 2nd 2019, this court **sua sponte** granted a 3½ month continuance to allow counsel for defense more time to prepare for trial. Defense counsel did **not** petition, nor ask the court for more time, the defense was ready for trial. According to Defense counsel

(1)

Joaquin Padilla of the U.S. Public Defenders Office, Judge Moreno has health issues so he rescheduled the trial. Mr. Padilla also informed me that he believed the 70-day speedy trial time had expired but that he was unwilling to file the dismissal motion for me.

In 18 U.S.C. 3161(h)(7)(a) the District Court is required to set forth, in the record of the case, either in writing or orally its reasons for finding that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Considering this provision, there can be **NO** exclusion of time past the 70-day requirement because the reason given by Judge Moreno in his **sua sponte** order dated Dec. 2nd 2019 is not true. The defense did not ask the court for additional time. The truth is, the Judge needs personal time for health reasons and that does not support an "ends of justice" continuance as required in the Stature 18 U.S.C. 3161(h)(7)(a).

To allow this case, in any form, by Judge Moreno to continue would result in a complete miscarriage of justice. For whatever reason Judge Moreno would lie is much to complex for this layman to comprehend and the proper remedy for this violation of 18 U.S.C. 3161 is dismissal with prejudice of the charges against the defendant.

c.c. Counsel of record
     11th circuit appeals court
        (judicial misconduct)

Respectfully,

*Kerby Brown*
Kerby Brown, Jr.

On the 8th day of Jan. 2020

I hereby swear under the penalty of perjury that a true copy was sent to: Cary O. Aronovitz AUSA at 99 N.E. 4th Street Miami, Fl. 33132 on the 8th day of January 2020

*Kerby Brown*
Kerby Brown Jr. #20040-104

(2)

Case no. 19-60156-CR-MORENO

Your Honor,                                                    Jan.8th 20

Please find enclosed,A: a motion granting continuance,sua sponte,in my trial.B: An email i sent to my counsel asking him to file a dismissal pursuant to 18 U.S.C. 3162(a) ("speedy trial act").C: a pro-se motion to dismiss.My attorney,Mr.Joaquin Padilla of the U.S. Federal Public Defenders Office,Miami,Fl.has refused to file on my behalf.He wants me to plea,ONLY.I have told him i wish to go to trial and that i wish him to ask to be excused from my case but he also refuses this.He told me,and i quote,"I do not work for you,i work for the Government".I believe Mr.Padilla refuses to file the dismissal because he knows the Judge lied about the defense needing more time,when really Judge Moreno has health issues and has transferred numerous defendants to other judge's caseloads.I know this from inmates that were on his caseload that are in my unit in FDC-Miami.Please accept this pro-se motion.The time limit of 70-days has expired.I have no money to hire counsel and certainly there should be an inquiry as to why Judge Moreno would lie rather than start my trial or transfer my case.Please accept me as co-counsel on this matter only.

FILED BY ___ D.C.
JAN 13 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Respectfully,

*Kerby Brown*
Kerby Brown Jr.
#20040-104

Ex. A

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 19-60156-CR-MORENO

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

**KERBY BROWN, JR.,**

        Defendant.  /

## ORDER CONTINUING TRIAL

THIS MATTER is before the Court *sua sponte*. After careful consideration and the Court having been fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the trial is **reset** for the two-week period commencing **MONDAY, MARCH 16, 2020 at 9:00 A.M.**

before the Honorable **Federico A. Moreno**, United States District Judge, Courtroom 13-3, 13th Floor, United States Courthouse, 400 N. Miami Avenue, Miami, Florida.

**Call of the Calendar** will be held at **2:00 pm on Tuesday, March 10, 2020.**

The Court finds that the interest of justice served by granting a continuance to allow counsel for the defendant reasonable time necessary for effective preparation for trial out weighs any interest of the public or the defendant in a speedy trial. The Court finds the period of delay **(from 12/03/2019 - 03/16/2020)** excludable in calculating the period within which trial must commence under the Speedy Trial Act. See, 18 U.S.C. Section 3161.

**DONE AND ORDERED** in Miami, Dade County, Florida, this 2nd day of December, 2019 and signed this 2nd day of December, 2019.

                        FEDERICO A. MORENO
                        UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record

TRULINCS 20040104 - BROWN, KERBY JR - Unit: MIM-F-W

----------------------------------------------------------------------------------------------------

FROM: 20040104
TO: Nelson, Kirsten; Padilla, Joaquin
SUBJECT: 18 usc 3161
DATE: 12/03/2019 06:44:50 PM


i KNOW that i cannot file anything with the court if i am represented by counsel.i just spent awhile reading the statue and reviewing relevant cases., it appears that the only way a judge can toll the time sua sponte is to ORALLY or in WRITING give a detailed description of the reasons justice would be better served by delaying speedy trial. Since he didnt. and cant,if he did ihe would have to explain how he got this information from the prosecutor without defense counsel present. please TODAY 12/4/19 file to dismiss this case based on being untimely on my right to a speedy trial.

        thank you  <k Brown

please send a reply so i know your intentions..

Kerby Brown
Reg. No: 20040-104
Federal Detention Center
P.O. Box 019120 Miami, FL
33101

Clerk of Courts
Judge Moreno
400 North Miami Avenue
Miami, Florida 33128