CLERK
FEB 28 2020
ATLANTA, GA

Feb 28, 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case no. 19-60156-CR-MORENO

UNITED STATES OF AMERICA
    Plaintiff,

vs.

KERBY BROWN, JR.
    Defendant,
_____/

## MOTION TO DISMISS INDICTMENT
### ( 18 U.S.C. 3162(a))

---

  Comes now, Kerby Brown, Jr., (pro-se), defendant, respectfully moves this court to dismiss the indictment in this matter, with prejudice, pursuant to rule 12(b) of the Federal Rules Of Criminal Procedure and Section 3162(a)(2) of title 18 of the United States Code (the "speedy trial act").

Grounds for Dismissal
_____

  Defendant Kerby Brown, Jr., was arrested May 23rd, 2019 on a charge of Human Trafficking in violation of 18 U.S.C. 1591, Defendant has been in custody continuosly, as he was denied bail.

  On August 23rd, 2019 Defendant was arraigned on a superseding indictment of these charges. This was the last time Defendant appeared before a Judge. Accordingly, the 70-day time period of 18 U.S.C. 3161 (c)(1) for bringing this defendant to trial should begin.

  Initially trial was set for Nov. 2019, then rescheduled for Nov. 2019, then again for December 3rd, 2019. One hundred and two(102) days from defendants superseding indictment arraignment, or the day the 70-day time period began.

  On December 2nd 2019, this court sua sponte granted a 3½ month continuance to allow counsel for defense more time to prepare for trial. Defense counsel did not petition, nor ask the court for more time, the defense was ready for trial. According to Defense counsel

(1)

Joaquin Padilla of the U.S. Public Defenders Office, Judge Moreno has health issues so he rescheduled the trial. Mr. Padilla also informed me that he believed the 70-day speedy trial time had expired but that he was unwilling to file the dismissal motion for me.

In 18 U.S.C.3161(h)(7)(a) the District Court is required to set forth, in the record of the case, either in writing or orally its reasons for finding that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Considering this provision, there can be NO exclusion of time past the 70-day requirement because the reason given by Judge Moreno in his sua sponte order dated Dec.2nd 2019 is not true. The defense did not ask the court for additional time. The truth is, the Judge needs personal time for health reasons and that does not support an "ends of justice" continuance as required in the Stature 18 U.S.C. 3161(h)(7)(a).

To allow this case, in any form, by Judge Moreno to continue would result in a complete miscarriage of justice. For whatever reason Judge Moreno would lie is much to complex for this layman to comprehend and the proper remedy for this violation of 18 U.S.C. 3161 is dismissal with prejudice of the charges against the defendant.

c.c. Counsel of record
     11th circuit appeals court
     (judicial misconduct)

Respectfully,

I hereby swear under the penalty of perjury that a true copy was sent to:
Gary O. Aronovitz AUSA at
99 N.E. 4th Street Miami, Fl. 33132
on the____ day of January 2020

Kerby Brown, Jr.

On the____ day of Jan.2020

Kerby Brown Jr. #20040-104

(2)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-60156-CR-MORENO

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

KERBY BROWN, JR.,

    Defendant.    /

## ORDER CONTINUING TRIAL

THIS MATTER is before the Court *sua sponte*. After careful consideration and the Court having been fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the trial is **reset** for the two-week period commencing **MONDAY, MARCH 16, 2020 at 9:00 A.M.** before the Honorable **Federico A. Moreno**, United States District Judge, Courtroom 13-3, 13th Floor, United States Courthouse, 400 N. Miami Avenue, Miami, Florida.

**Call of the Calendar** will be held at **2:00 pm on Tuesday, March 10, 2020**.

The Court finds that the interest of justice served by granting a continuance to allow counsel for the defendant reasonable time necessary for effective preparation for trial out weighs any interest of the public or the defendant in a speedy trial. The Court finds the period of delay **(from 12/03/2019 - 03/16/2020)** excludable in calculating the period within which trial must commence under the Speedy Trial Act. See, 18 U.S.C. Section 3161.

**DONE AND ORDERED** in Miami, Dade County, Florida, this 2nd day of December, 2019 and signed this 2nd day of December, 2019.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

cc:  Counsel of Record

Kerby Brown Jr
13190099s
North Broward Bureau Facility
P.O. Box 407037
Ft. Lauderdale FL
33346

25 FEB 2020 PM 2 L
MIAMI FL 331

ELEVENTH CIRCUIT
OFFICE OF THE CLERK
56 FORSYTH STREET, N.W.
ATLANTA, GEORGIA
30303

30303-2216956

U.S. MARSHALS SERVICE
Atlanta, Georgia
FEB 28 2020

# UNITED STATES COURT OF APPEALS

Eleventh Circuit
56 Forsyth St., NW
Atlanta, GA  30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 28, 2020

Clerk of Court
U.S. District Court for the
    Southern District of Florida (Ft. Lauderdale)
        Case No. 20-cr-60045, *United States v. Brown*
        Case No. 0:19-cr-60156, *United States v. Brown*

RE: "Motion to Dismiss Indictment"

Enclosed is the above-referenced document received in this Court on February 28, 2020 from Kerby Brown. There are no pending appeals in this Court involving Mr. Brown. Therefore, his motion is being forwarded to your court for disposition in the above referenced district court case(s) as you may deem warranted.

By copy of this letter, Mr. Brown is being advised of the transfer of his documentation to your court.

Sincerely,

DAVID J. SMITH/ekg

Enc.

cc:    Kerby Brown, Jr.
        131900925
        North Broward Bureau Facility
        P.O. Box 407037
        Ft. Lauderdale, FL  33340