```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    Case No. 19-CR-60156-SINGHAL


UNITED STATES OF AMERICA,)
                         )
         Plaintiff,      )
                         )
     -v-                 )
                         )
KERBY BROWN, JR.,        )
                         )
         Defendant.      )   Fort Lauderdale, Florida
                         )   January 29, 2020
_____)   10:42 a.m.


            TRANSCRIPT OF MOTION TO DISMISS INDICTMENT

                 BEFORE THE HONORABLE RAAG SINGHAL

                          U.S. DISTRICT JUDGE



Appearances:

For the Government:          CARY ARONOVITZ
                             RICHARD BROWN
                             VANESSA JOHANNES
                             Assistant United States Attorneys
                             99 NE 4th Street
                             Miami, Florida  33132

For the Defendant:           JOAQUIN PADILLA
                             KIRSTEN NELSON
                             Assistant Federal Public Defenders
                             400 Australian Avenue, Suite 300
                             West Palm Beach, Florida  33401


Reporter:                    Karl Shires, RMR, FCRR
(954) 769-5496               Official Court Reporter
                             299 East Broward Boulevard, # 203G
                             Fort Lauderdale, Florida  33301
```

1        (Call to Order of the Court.)
2            THE COURT:  We're here this morning on United States
3   of America versus Kerby Brown, Junior.  It's Case 19-60156.
4            This is the first time you've all been in front of me.
5   It was transferred over here from Judge Moreno.
6            So, Mr. Brown, good morning.  Can you hear me okay?
7            THE DEFENDANT:  Yes, I can, sir.
8            THE COURT:  Okay.  Great.
9            So let me tell you why I brought you guys in.  I
10  received Mr. Brown's pro se motion to dismiss indictment, and I
11  took a look at it and, frankly, my first inclination was to
12  deny it because it was pro se and he's represented by a lawyer.
13  And, really, I had done a quick order to that effect.  And
14  before I sent it, I got a response from the United States.  And
15  the response said that there was really no objection to the
16  motion to dismiss; with the whole argument being focused on the
17  with prejudice versus without prejudice issue.
18            I felt I should bring you guys in for a couple of
19  reasons.  One, just so you knew that was my thought process.
20  But I guess, more importantly, to make sure that there's no
21  issue between client and counsel.
22            And Mr. Brown has not asked me to conduct a Nelson
23  hearing, has not complained about you or anything to that
24  effect, but I do think we should talk it out so we can kind of
25  have a plan going forward.

1           That having been said, I didn't even ask for
2  appearances.  So let me have you guys make appearances, and
3  then we'll go forward.
4           MR. ARONOVITZ:  Yes, Judge.  Good morning.  Cary
5  Aronovitz on behalf of the United States.
6           THE COURT:  Nice to see you.
7           MR. PADILLA:  Good morning, Judge.  Joaquin Padilla,
8  from the Federal Defender's Office, on behalf of Mr. Brown.
9           THE COURT:  Nice to see you.
10          And good morning, Mr. Brown.
11          THE DEFENDANT:  Good morning.
12          THE COURT:  So maybe at this point I -- you know, I
13  have a good idea of how to handle the motion to dismiss the
14  indictment based on the motion and the responses.  And then I
15  don't know if you saw, Mr. Padilla, but yesterday, I think it
16  was yesterday, Mr. Aronovitz filed on behalf of the United
17  States some transcripts from some previous continuance hearings
18  in front of Judge Moreno.
19          But is there anything that you think, Mr. Padilla, or
20  you, Mr. Brown, that we should discuss with regard to the
21  relationship and with regard to counsel?
22          MR. PADILLA:  Well, Judge, that may be appropriate.
23  But if we're going to go down that path, I would like
24  Mr. Aronovitz to step out while we have this discussion.  Some
25  of it may bleed into the case and case strategy and things like

```
 1   that.
 2          So I'm more than happy to address those things,
 3   because I think maybe you can get from what Mr. Brown filed --
 4   I did not file anything -- then the government filing that
 5   there may be some tension there.  And I think that those are
 6   all sort of interrelated.  So I'm more than happy to discuss
 7   that.
 8          I saw Mr. Brown over the weekend, this Saturday, and I
 9   let him know that maybe that would be something that you wanted
10   to talk about.  So I'm happy to do that, but I think, you know,
11   perhaps the government should step out of the room for just a
12   minute while we do that.
13          THE COURT:  Okay.  Any objection to handling it that
14   way?
15          MR. ARONOVITZ:  No, Your Honor.
16          THE COURT:  Okay.  So let's do this then.  With regard
17   to the motion to dismiss, probably what I can do is I can
18   handle that first, resolve issues with that.  And, obviously,
19   you're welcome to step outside and wait, but I don't -- in case
20   it takes a little time, I can probably resolve the issues that
21   I need you for and let you go.  You know, that may be the way
22   to do it.
23          MR. ARONOVITZ:  Well, Judge, I'll leave it to your
24   discretion.
25          THE COURT:  Sure.  Okay.  You know, just in case this
```

```
 1   ends up being half an hour of discussion, I don't want to hold
 2   you for that.  You're welcome to stay, though, for that.
 3           But with regard to the motion to dismiss indictment,
 4   other than the papers that I have and everything that I've
 5   reviewed, are there any other arguments that either side wanted
 6   to put forth?
 7           MR. PADILLA:  Not from the defense, Judge.
 8           MR. ARONOVITZ:  Judge, I would just put on the record
 9   again, the government -- really everything that's in our
10   response, Docket Entry 50.  But specifically with the motion to
11   dismiss, we don't oppose the defendant's motion but, again,
12   strongly argue that all three factors weigh heavily in favor of
13   dismissal without prejudice.
14           The factors being essentially -- the first factor, the
15   seriousness of the crime.  The second factor, the facts and
16   circumstance of the case leading to dismissal.  Third, the
17   impact of re-prosecution on the administration of justice.  As
18   laid out in the response, all three weigh heavily in favor of a
19   dismissal without prejudice.  So that is the government's
20   position.
21           THE COURT:  Okay.
22           MR. PADILLA:  Judge, I should say this.  Mr. Brown
23   just motioned to me, and I should say at least this.  It's
24   Mr. Brown's position, and he didn't address these factors in
25   his original motion, but he obviously would like the dismissal
```

```
 1   to be with prejudice.
 2            THE COURT:  Sure.  Okay.  I appreciate your telling me
 3   that.  I would have certainly made that assumption.
 4            I do think in light of everything I've read -- and
 5   frankly, Mr. Brown, I don't know if you did the motion to
 6   dismiss indictment yourself.  If you did, you did a really nice
 7   job with it.  It's very well done.  Having considered that and
 8   having considered the government's response, I do think that at
 9   this time I should go ahead and grant your motion to dismiss
10   the indictment.  I do think that the government's response,
11   which addresses each of the three factors that the Court is
12   supposed to consider under 18 US Code 3161 and 3162, do fall in
13   favor of dismissing the case without prejudice.
14            I would note that in addition to those three factors,
15   that this case is a speedy trial issue that is created based on
16   a continuance after the defense has requested a couple of
17   continuances, as opposed to a different kind of speedy trial
18   issue.  So at this time then, you know, I don't know what the
19   plan is in terms of seeking reindictment or time frames or
20   anything like that, but I'm going to go ahead and handle that
21   issue by granting the motion without prejudice.
22            Interestingly enough, we're in a position now where
23   Mr. Brown doesn't have the case, in a sense, on which you're
24   counsel, but thinking forward and, you know, assuming that
25   we're going to keep going with this case, I think we should
```

```
 1  still address the representation issue.
 2          MR. PADILLA:  I do too, Judge.  I agree.
 3          THE COURT:  Okay.  So, Mr. Aronovitz, is there
 4  anything, before I let you go, that you need me for this
 5  morning?
 6          MR. ARONOVITZ:  No, Your Honor.  Thank you.
 7          THE COURT:  Okay.  So it's nice to see you.  I'm going
 8  to go ahead and excuse you at this point, and then we'll have,
 9  in essence, an ex parte hearing with the defendant and counsel.
10          MR. ARONOVITZ:  Thank you, Judge.
11          THE COURT:  Thanks.
12      (Prosecutor exits courtroom.)
13                  *     *     *     *     *
14      (Sealed proceedings were had which are not herein
15  transcribed.)
16
17                       C E R T I F I C A T E
18      I, Karl Shires, Registered Merit Reporter and Federal
19  Certified Realtime Reporter, certify that the foregoing is a
20  correct transcript from the record of proceedings in the
21  above-entitled matter.
22      Dated this 7th day of August, 2020.
23
24  _____
     Karl Shires, RMR FCRR
25
```

**MR. ARONOVITZ: [6]**  3/4 4/15 4/23 5/8 7/6 7/10
**MR. PADILLA: [5]**  3/7 3/22 5/7 5/22 7/2
**THE COURT: [13]**
**THE DEFENDANT: [2]**  2/7 3/11

**-**

**-v [1]**  1/6

**1**

**10:42 [1]**  1/9
**18 [1]**  6/12
**19-60156 [1]**  2/3
**19-CR-60156-SINGHAL [1]**  1/2

**2**

**2020 [2]**  1/8 7/22
**203G [1]**  1/24
**29 [1]**  1/8
**299 [1]**  1/24

**3**

**300 [1]**  1/21
**3161 [1]**  6/12
**3162 [1]**  6/12
**33132 [1]**  1/19
**33301 [1]**  1/25
**33401 [1]**  1/22

**4**

**400 [1]**  1/21
**4th [1]**  1/18

**5**

**50 [1]**  5/10
**5496 [1]**  1/24

**6**

**60156 [1]**  2/3

**7**

**769-5496 [1]**  1/24
**7th [1]**  7/22

**9**

**954 [1]**  1/24
**99 [1]**  1/18

**A**

**a.m [1]**  1/9
**above-entitled [1]**  7/21
**addition [1]**  6/14
**address [3]**  4/2 5/24 7/1
**addresses [1]**  6/11
**administration [1]**  5/17
**agree [1]**  7/2
**ahead [3]**  6/9 6/20 7/8
**AMERICA [2]**  1/4 2/3
**appearances [3]**  1/15 3/2 3/2
**appreciate [1]**  6/2
**appropriate [1]**  3/22
**argue [1]**  5/12
**argument [1]**  2/16
**arguments [1]**  5/5
**ARONOVITZ [5]**  1/16 3/5 3/16 3/24 7/3
**asked [1]**  2/22
**Assistant [2]**  1/18 1/21
**assuming [1]**  6/24
**assumption [1]**  6/3
**Attorneys [1]**  1/18
**August [1]**  7/22
**Australian [1]**  1/21
**Avenue [1]**  1/21

**B**

**based [2]**  3/14 6/15
**Beach [1]**  1/22
**behalf [3]**  3/5 3/8 3/16
**bleed [1]**  3/25
**Boulevard [1]**  1/24
**bring [1]**  2/18
**brought [1]**  2/9
**Broward [1]**  1/24
**BROWN [13]**
**Brown's [2]**  2/10 5/24

**C**

**Call [1]**  2/1
**CARY [2]**  1/16 3/4
**case [11]**
**certainly [1]**  6/3
**Certified [1]**  7/19
**certify [1]**  7/19
**circumstance [1]**  5/16
**client [1]**  2/21
**Code [1]**  6/12
**complained [1]**  2/23
**conduct [1]**  2/22
**consider [1]**  6/12
**considered [2]**  6/7 6/8
**continuance [2]**  3/17 6/16
**continuances [1]**  6/17
**correct [1]**  7/20
**counsel [4]**  2/21 3/21 6/24 7/9
**couple [2]**  2/18 6/16
**COURT [4]**  1/1 1/24 2/1 6/11
**courtroom [1]**  7/12
**CR [1]**  1/2
**created [1]**  6/15
**crime [1]**  5/15

**D**

**Dated [1]**  7/22
**day [1]**  7/22
**defendant [3]**  1/8 1/20 7/9
**defendant's [1]**  5/11
**Defenders [1]**  3/8
**Defenders [1]**  1/21
**defense [2]**  5/7 6/16
**deny [1]**  2/12
**didn't [2]**  3/1 5/24
**different [1]**  6/17
**discretion [1]**  4/24
**discuss [2]**  3/20 4/6
**discussion [2]**  3/24 5/1
**dismiss [9]**
**dismissal [4]**  5/13 5/16 5/19 5/25
**dismissing [1]**  6/13
**DISTRICT [3]**  1/1 1/1 1/13
**Docket [1]**  5/10

**E**

**East [1]**  1/24
**effect [2]**  2/13 2/24
**either [1]**  5/5
**ends [1]**  5/1
**entitled [1]**  7/21
**Entry [1]**  5/10
**essence [1]**  7/9
**essentially [1]**  5/14
**ex [1]**  7/9
**excuse [1]**  7/8
**exits [1]**  7/12

**F**

**factor [2]**  5/14 5/15
**factors [5]**  5/12 5/14 5/24 6/11 6/14
**facts [1]**  5/15
**fall [1]**  6/12
**favor [3]**  5/12 5/18 6/13
**FCRR [2]**  1/23 7/24
**Federal [3]**  1/21 3/8 7/18
**felt [1]**  2/18
**file [1]**  4/4
**filed [2]**  3/16 4/3
**filing [1]**  4/4
**first [4]**  2/4 2/11 4/18 5/14
**FLORIDA [5]**  1/1 1/8 1/19 1/22 1/25
**focused [1]**  2/16
**foregoing [1]**  7/19
**Fort [2]**  1/8 1/25
**forth [1]**  5/6
**forward [3]**  2/25 3/3 6/24
**frames [1]**  6/19
**frankly [2]**  2/11 6/5
**front [2]**  2/4 3/18

**G**

**go [7]**  3/3 3/23 4/21 6/9 6/20 7/4 7/8
**going [6]**  2/25 3/23 6/20 6/25 6/25 7/7
**good [6]**  2/6 3/4 3/7 3/10 3/11 3/13
**government [4]**  1/16 4/4 4/11 5/9
**government's [3]**  5/19 6/8 6/10
**grant [1]**  6/9
**granting [1]**  6/21
**Great [1]**  2/8
**guess [1]**  2/20
**guys [3]**  2/9 2/18 3/2

**H**

**half [1]**  5/1
**handle [3]**  3/13 4/18 6/20
**handling [1]**  4/13
**happy [3]**  4/2 4/6 4/10
**hear [1]**  2/6
**hearing [2]**  2/23 7/9
**hearings [1]**  3/17
**heavily [2]**  5/12 5/18
**hold [1]**  5/1
**Honor [2]**  4/15 7/6
**HONORABLE [1]**  1/12
**hour [1]**  5/1

**I**

**I'll [1]**  4/23
**I'm [5]**  4/2 4/6 4/10 6/20 7/7
**I've [2]**  5/4 6/4
**idea [1]**  3/13
**impact [1]**  5/17
**importantly [1]**  2/20
**inclination [1]**  2/11
**indictment [6]**  1/11 2/10 3/14 5/3 6/6 6/10
**Interestingly [1]**  6/22
**interrelated [1]**  4/6
**issue [6]**  2/17 2/21 6/15 6/18 6/21 7/1
**issues [2]**  4/18 4/20
**it's [4]**  2/3 5/23 6/7 7/7

**J**

**January [1]**  1/8
**JOAQUIN [2]**  1/20 3/7
**job [1]**  6/7
**JOHANNES [1]**  1/17
**JR [1]**  1/7
**JUDGE [12]**
**Junior [1]**  2/3
**justice [1]**  5/17

**K**

**keep [1]**  6/25
**KERBY [2]**  1/7 2/3
**kind [2]**  2/24 6/17
**KIRSTEN [1]**  1/20
**knew [1]**  2/19
**know [10]**

**L**

**laid [1]**  5/18
**Lauderdale [2]**  1/8 1/25
**lawyer [1]**  2/12
**leading [1]**  5/16
**leave [1]**  4/23
**light [1]**  6/4
**little [1]**  4/20
**look [1]**  2/11

**M**

**matter [1]**  7/21
**Merit [1]**  7/18
**Miami [1]**  1/19
**minute [1]**  4/12
**Moreno [2]**  2/5 3/18
**morning [7]**  2/2 2/6 3/4 3/7 3/10 3/11 7/5
**motion [13]**
**motioned [1]**  5/23
**Mr [1]**  2/6
**Mr. [16]**
**Mr. Aronovitz [3]**  3/16 3/24 7/3
**Mr. Brown [9]**
**Mr. Brown's [2]**  2/10 5/24
**Mr. Padilla [2]**  3/15 3/19

**N**

**NE [1]**  1/18
**need [2]**  4/21 7/4
**NELSON [2]**  1/20 2/22
**nice [4]**  3/6 3/9 6/6 7/7
**note [1]**  6/14

**O**

**objection [2]**  2/15 4/13
**obviously [2]**  4/18 5/25
**Office [1]**  3/8
**Official [1]**  1/24
**okay [9]**
**oppose [1]**  5/11
**opposed [1]**  6/17
**order [2]**  2/1 2/13
**original [1]**  5/25
**outside [1]**  4/19

**P**

**PADILLA [4]**  1/20 3/7 3/15 3/19
**Palm [1]**  1/22
**papers [1]**  5/4
**parte [1]**  7/9
**path [1]**  3/23
**Plaintiff [1]**  1/5
**plan [2]**  2/25 6/19
**point [2]**  3/12 7/8
**position [3]**  5/20 5/24 6/22
**prejudice [7]**  2/17 2/17 5/13 5/19 6/1 6/13 6/21
**previous [1]**  3/17
**pro [2]**  2/10 2/12
**probably [2]**  4/17 4/20

**P**
proceedings [2]  7/14 7/20
process [1]  2/19
prosecution [1]  5/17
Prosecutor [1]  7/12
Public [1]  1/21
put [2]  5/6 5/8

**Q**
quick [1]  2/13

**R**
RAAG [1]  1/12
re-prosecution [1] 5/17
read [1]  6/4
really [4]  2/13 2/15 5/9 6/6
Realtime [1]  7/19
reasons [1]  2/19
received [1]  2/10
record [2]  5/8 7/20
regard [4]  3/20 3/21 4/16 5/3
Registered [1]  7/18
reindictment [1]  6/19
relationship [1]  3/21
Reporter [4]  1/23 1/24 7/18 7/19
representation [1]  7/1
represented [1]  2/12
requested [1]  6/16
resolve [2]  4/18 4/20
response [6]  2/14 2/15 5/10 5/18 6/8 6/10
responses [1]  3/14
reviewed [1]  5/5
RICHARD [1]  1/17
RMR [2]  1/23 7/24
room [1]  4/11

**S**
Saturday [1]  4/8
saw [2]  3/15 4/8
se [2]  2/10 2/12
Sealed [1]  7/14
second [1]  5/15
see [3]  3/6 3/9 7/7
seeking [1]  6/19
sense [1]  6/23
sent [1]  2/14
seriousness [1]  5/15
side [1]  5/5
SINGHAL [2]  1/2 1/12
sir [1]  2/7
sort [1]  4/6
SOUTHERN [1]  1/1
specifically [1]  5/10
speedy [2]  6/15 6/17
STATES [7]  1/1 1/4 1/18 2/2 2/14 3/5 3/17
stay [1]  5/2
step [3]  3/24 4/11 4/19
strategy [1]  3/25

Street [1]  1/18
strongly [1]  5/12
Suite [1]  1/21
supposed [1]  6/12
sure [3]  2/20 4/25 6/2

**T**
takes [1]  4/20
talk [2]  2/24 4/10
tell [1]  2/9
telling [1]  6/2
tension [1]  4/5
terms [1]  6/19
Thank [2]  7/6 7/10
Thanks [1]  7/11
things [2]  3/25 4/2
think [10]
thinking [1]  6/24
Third [1]  5/16
thought [1]  2/19
three [4]  5/12 5/18 6/11 6/14
time [5]  2/4 4/20 6/9 6/18 6/19
transcribed [1]  7/15
transcript [2]  1/11 7/20
transcripts [1]  3/17
transferred [1]  2/5
trial [2]  6/15 6/17

**U**
U.S [1]  1/13
UNITED [7]  1/1 1/4 1/18 2/2 2/14 3/5 3/16

**V**
VANESSA [1]  1/17
versus [2]  2/3 2/17

**W**
wait [1]  4/19
want [1]  5/1
wanted [2]  4/9 5/5
way [2]  4/14 4/21
weekend [1]  4/8
weigh [2]  5/12 5/18
welcome [2]  4/19 5/2
well [3]  3/22 4/23 6/7
West [1]  1/22

**Y**
yesterday [2]  3/15 3/16