19 CR 60156

FILED BY PG D.C.
AUG 05 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Dear Honorable Judge Rodney Smith my speedy trial was violated therefore the statue 18 U.S.C. 3161(c)(1) should fall in effect, which would lead in a dismissal. Defendant in open court informed his attorney, prosecutors and Judge that if the Judge granted a continunce his speedy trial would be violated. (See June 1st transcripts) The continunce that the Judge granted was without merit as a "vacation" for both parties is not one of the remedies for a continunce. (See U.S.C. 3161(h). The fact that both parties knew that there would be a speedy trial violation sanction 3162(b) would fall into effect. As for the dismissal with or without prejudice the Judge shall follow the statue 18. U.S.C. 3162 (a)(2). In which when charged crimes are seriouse, only equally seriouse delay in violation of speedy trial Act can justify dismissal with prejudice. (See U.S. v. Hastings, 847 F.2d 920 (1988)) which with the continunce, from my arrest date would be 153 days of incarceration, 83 days over the 70-day speedy trial limit. Without the continunce the time would still lead to a violation being 87 days, 17 days over the trial limit. For any Judge to allow reprosecution would show "Abuse of discretion" giving that relevent factors that have significant weight should be considered. (See U.S. V. Kramer,

827 F2d 1174 (1987)) Furthermore this is not the governments first uncessful attempt to bring defendant to trial, (See U.S. V. Brown case no. 19-60156-CR-Moreno) which was dismissed without prejudice. Given that they were uncessful for the second time it shows the governments lacksability to bring the defendant to trial for the second time the case should be dismissed with prejudice.

Dated July 30th 2021

Respectfully
Kerby D. Brown Jr.
13190O925

Kenny Brown Jr 131960925
P.O Box 9356 Ft. Lauderdale FL 33310
Main Jail

MIAMI FL 330
AUG 2021 PM 5 L

Legal Mail

Judge Rodney Smith
400 North Miami Avenue
Miami, FL, 33128

AUG 05 2021 2:49 PM

USMS INSPECTED RECEIVED